NDFL Prob 35  
(1/92)

Report and Order Terminating Probation/  
Supervised Release  
Prior to Original Expiration Date

---

# UNITED STATES DISTRICT COURT
## for the
## Northern District of Florida

UNITED STATES OF AMERICA

V.                                                                            Crim. No. 5:05CR33-001

DIANNA MESSICK

On September 2, 2010, the above named was placed on Supervised Release for a period of ten (10) years. She has complied with the rules and regulations of Supervised Release and is no longer in need of Supervised Release. It is accordingly recommended that Dianna Messick be discharged from Supervised Release.

Respectfully submitted,

_Bryan E. Jansen_ (2)  
Bryan E. Jansen  
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Dated this 29th day of April, 2014, at 6:30 p.m.

_Robert L. Hinkle_  
The Honorable Robert L. Hinkle  
United States District Judge

Filed 05 16 14 USDC FLN 5PM 0157